PER CURIAM.
Prohibition denied. See State ex rel. Paluska v. White, Fla.App. 1964, 162 So.2d 697; Horn v. Horn, Fla.1954, 73 So.2d 905; State ex rel. Everette v. Petteway, 1938, 131 Fla. 516, 179 So. 666; Ryan’s Furniture Exchange v. McNair, 1935, 120 Fla. 109, 162 So. 483; Seaboard Air Line Ry. Co. v. Tampa Southern R. Co., 1931, 101 Fla. 468, 134 So. 529; State ex rel. Gary v. Davis, 1922, 83 Fla. 422, 91 So. 267; and Torrey v. Bruner, 1910, 60 Fla. 365, 53 So. 337.
SMITH, C. J., and SHANNON and ANDREWS, JJ., concur.